SARAH NEWMAN, Respondent, v. NEWARK FIRE INSURANCE COMPANY, INCORPORATED, Appellant.— In an action brought by plaintiff on a policy of insurance issued by defendant, to recover the value of certain jewelry insured thereunder against risk of loss, and allegedly lost or stolen from plaintiff, defendant appeals from an order granting plaintiff's motion for summary judgment and referring the matter to an official referee to fix damages. Order reversed on the law and the facts, with $10 costs and disbursements, and motion denied, without costs. In our opinion the facts as to the loss or theft of the insured articles are exclusively within the knowledge of the moving party, since appellant has only hearsay knowledge thereof, derived from statements made by respondent herself. In such a case summary judgment should not be granted, and respondent should be required to prove her case by common-law proof, subject to cross-examination. (*Suslensky* v. *Metropolitan Life Ins. Co.,* 180 Misc. 624, affd. 267 App. Div. 812; *Brooklyn Clothing Corp.* v. *Fidelity-Phenix Fire Ins. Co.,* 205 App. Div. 743; *Woodmere Academy* v. *Moskowitz,* 212 App. Div. 457.) Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

PALMER PLASTICS CORPORATION, Appellant, v. RIMADRON REALTY CORPORATION, Respondent, et al., Defendants.— Action by appellant to recover damages for an alleged wrongful eviction and to recover from its former landlord a deposit, security for the faithful performance of the covenants and conditions of a lease. The order appealed from denied appellant's motion for summary judgment and granted respondent's cross motion to consolidate the action brought by appellant with one brought by respondent to recover damages alleged to have been caused by appellant's use and occupation of the premises, the subject of the lease, after the expiration thereof. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

■

ANNA PARISI et al., Respondents, v. CITY OF NEW YORK, Appellant.— Action by the plaintiff wife to recover damages for injuries sustained as the result of the negligence of an operator in placing the exit door of his bus adjacent to a pile of ice on which she slipped and fell while alighting from the bus. Her husband sued to recover for loss of services and for expenses. Judgment for plaintiffs reversed on the facts and new trial granted, with costs to abide the event, unless within ten days from service of a copy of the order to be entered hereon, with notice of entry thereof, plaintiff wife stipulate to reduce the amount of the verdict in her favor from $40,000 to $30,000, in which event the judgment, as so reduced, is unanimously affirmed, without costs. The verdict in favor of the plaintiff wife is excessive. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.